USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-12-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLIMIE GOLDSTEIN,

        Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES, LLC et al.,

        Defendants.

19cv11013 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The Clerk is directed to close Docket No. 16.

SO ORDERED.

Dated:    New York, New York
          February 11, 2020

                                  John G. Koeltl
                             United States District Judge