
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

BLIMIE GOLSTEIN,

              Plaintiff,        19cv11013 (JGK)

    - against -              <u>ORDER</u>

EQUIFAX INFORMATION SERVICES, LLC et al.

             Defendants.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should provide a status report to the Court by April 24, 2020 and advise whether the case should be closed and if not, why not.

**SO ORDERED.**

**Dated:**    New York, New York
           April 15, 2020      <u>/s/ John G. Koeltl</u>
                                          John G. Koeltl
                               United States District Judge