

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

**VIA ECF**

April 24, 2020

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> This case is stayed pending the result of the arbitration between the plaintiff and American Express Co. The parties should provide a status report no later than August 31, 2020.
> SO ORDERED.
>
> New York, NY          /s/ John G. Koeltl
> April 27, 2020         John G. Koeltl, U.S.D.J.

Re:   *Goldstein v. Equifax Information Services, LLC et al*
      No. 1:19-cv-11013-JGK

Dear Judge Koeltl:

   We represent plaintiff Blimie Goldstein ("Plaintiff") in the above-referenced matter and write jointly with defendant American Express Co. ("Amex") to respectfully request that this case remain open at this time. Although Plaintiff has settled her claims against defendants Equifax Information Services, LLC and Department Stores National Bank, the case should remain open against Defendant Amex.

   Plaintiff's cardholder agreement with Defendant Amex contained a binding arbitration provision. On December 23, 2019, Plaintiff and Amex filed a stipulation of arbitration requesting arbitration and further requesting that this case be stayed pending completion of the arbitration. On January 28, 2020, the Court so-ordered that stipulation and the case was and remains stayed, as the arbitration has not yet concluded.  On March 26, 2020, Plaintiff filed the initial demand for arbitration with JAMS, and the arbitration should take a few more months to complete.

   Accordingly, the parties respectfully request that the action remain stayed (but open) pending completion of the arbitration. At that time, the parties will notify the Court whether any further action is needed and, if not, request that the court close this action.

                    Respectfully submitted,
                    /s/ Edward Y. Kroub
                    EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)